IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02998-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may delay the consideration of your claims.**)

DANIEL ALEJANDRO HIDALGO PETIT,

      Petitioner,

v.

WARDEN, Aurora Processing Center,

      Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner Daniel Alejandro Hidalgo Petit is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. Petitioner has filed *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and paid the required filing fee. (ECF No. 1).[1] Accordingly, this habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds one or more filings deficient (or not submitted) as described in this order. Therefore, Petitioner is directed to cure the following deficiencies to pursue any claims in this action. Any papers that Petitioner files in response to this order must be labeled with the

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

1

civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted

(2) __ is missing affidavit

(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) __ is missing certificate showing current balance in prison account

(5) __ is missing required financial information

(6) __ is missing authorization to calculate and disburse filing fee payments

(7) __ is missing an original signature by the prisoner

(8) __ is not on proper form (must use the court's current form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action)

(9) __ names in caption do not match names in caption of complaint, petition or habeas application

(10) __ other:

**Complaint, Petition or Application**:

(11) __ is not submitted

(12) X is not on proper form (Petitioner must complete and submit the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241)

(13) __ is missing an original signature by the prisoner

(14) __ is missing page nos.

(15) __ uses et al. instead of listing all parties in caption

(16) __ names in caption do not match names in text

(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18) __ other:

Petitioner should include all relevant information in his in his cured petition, including: his nationality and citizenship, when he entered the U.S., when and where he was taken into custody, information concerning his visa,2 how long he has been in

---

2 Petitioner alleges, "I entered with a visa into the United States of America."  (ECF No. 1 at 6).

custody, what specific legal process he has or has not been provided, whether he is subject to a removal order and if so when the order issued, or any facts to provide good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Petitioner shall obtain and utilize the following District of Colorado form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The form, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies by the deadline, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 6, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge

3